# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> T.S.T.A., INC. d/b/a Papa G's, an Illinois corporation, RICK TSAKALIOS, and STEVE TSAKALIOS, <br><br> Defendants. | Civil Action No.: 3:22-cv-50141 |

## ORDER GRANTING SECRETARY OF LABOR'S MOTION TO REQUIRE THE U.S. MARSHALS SERVICE TO SERVE THE SUMMONS AND COMPLAINT UPON DEFENDANTS

The Court being duly advised of the premises of the *Secretary of Labor's Motion for an Order Requiring the U.S. Marshals Service to Serve the Summons and Complaint upon Defendants* (ECF no. 13), and for good cause shown, does hereby grant the Secretary's motion.

WHEREFORE, the U.S. Marshals Service is hereby ordered to serve the Secretary's Summons and Complaint upon Defendants T.S.T.A., Inc. d/b/a Papa G's, Rick Tsakalios, and Steve Tsakalios. The Secretary shall forward the Summonses, Complaint, Form USM-285, and a copy of this Order to the U.S. Marshals Service.

**SO ORDERED.**

DATED: July 7, 2022
Rockford, Illinois

_____
HONORABLE MARGARET J. SCHNEIDER
UNITED STATES DISTRICT JUDGE