UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JULIE A. SU,[1]<br>Acting Secretary of Labor,<br>United States Department of Labor,<br>                   Plaintiff,<br>      v.<br>T.S.T.A., INC. d/b/a Papa G's, an Illinois corporation, RICK TSAKALIOS, and STEVE TSAKALIOS,<br>                   Defendants. | Civil Action No.: 3:22-cv-50141 |

**UNOPPOSED MOTION FOR EXTENSION OF ORAL DISCOVERY DEADLINES**

Defendants file this unopposed Motion for entry of an Order extending the Parties' time to conduct oral discovery through and including June 30, 2023. In support of its Motion, Defendants state as follows:

1. Currently, discovery in this case closes on May 1, 2023.

2. The Court has set a May 2, 2023, status conference to address "the close of fact discovery, any settlement discussions, and next steps."[2]

3. Certain discovery responses remain incomplete and require Defendants to supplement.

4. Due to ongoing written discovery and scheduling issues, the Parties will not be able complete depositions by May 1, 2023, and request that oral discovery close on June 30, 2023.

5. The extension requested by Defendants is for good cause and will not unduly delay this litigation.

---

[1] By operation of law, Julie A. Su is substituted sub nom. for former Secretary of Labor, Martin Walsh. *See* Fed.R.Civ.P. 25(d).

[2] The Parties do not object to continuing the status conference until after the close of oral discovery.

6.     A proposed Order extending the oral discovery deadline through and including June 30, 2023 is attached.

WHEREFORE, Defendants, for good cause shown, respectfully request that the Court enter an Order extending the oral discovery deadline through and including June 30, 2023.

DATED: April 14, 2023                                      Respectfully Submitted,

                                                           HR Law Counsel LLC

                                                           By: /s/ Ethan G. Zelizer

                                                           HR Law Counsel
                                                           29 Main Street
                                                           Suite 350-C
                                                           Naperville, IL 60540
                                                           ethan@hrlawcounsel.com

                                                           Attorney for Defendants

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/: Ethan G. Zelizer
Ethan G. Zelizer
HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com